Argued June 24, affirmed July 19, 1976

In the Matter of the Marriage of
PARKER, *Respondent,*
*and*
PARKER, *Appellant.*
(No. 74-5031, CA 5746)
551 P2d 1064

*Robert J. Larson,* Eugene, argued the cause for appellant.

*Donald A. Bick,* Eugene, argued the cause for respondent.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

Affirmed. *D'Ambrosio v. D'Ambrosio,* 15 Or App 435, 515 P2d 1353 (1973).

PER CURIAM.